IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| CHARLES P. PRIDE | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | CIVIL ACTION NO. 1:10cv100-LG-RHW |
| | § | |
| CITY OF BILOXI, MISSISSIPPI; BILOXI COMMUNITY DEVELOPMENT DEPARTMENT; JERRY CREEL, DIRECTOR; TIM CIPPOLA; MIKE ANDREWS; and UNKNOWN DEFENDANTS | § § § § § § § | DEFENDANTS |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on the Report and Recommendation [5] of United States Magistrate Judge Robert H. Walker, entered in this cause on April 13, 2010, in which he recommends denying Plaintiff Charles P. Pride's Motions for Leave to Proceed *in Forma Pauperis* [2,4]. Pride has not filed objections to the Magistrate Judge's recommendation.

The Court finds that the Magistrate Judge properly recommended that the motion be denied. After referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having reviewed the same as well as the motion and affidavit, and being duly advised in the premises, finds that the Report and Recommendation should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendation [5] of United States Magistrate Judge Robert H. Walker, entered on April 13, 2010, be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Charles P. Pride's first

[2] Motion to Proceed *in Forma Pauperis* is **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's second [4] Motion to Proceed *in Forma Pauperis* is **DENIED.**

**SO ORDERED AND ADJUDGED** this the 28th day of April, 2010.

                                          s/ *Louis Guirola, Jr.*
                                          LOUIS GUIROLA, JR.
                                          UNITED STATES DISTRICT JUDGE